Judge Kollar-Kotelly

Rec'd 1-31-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO: 02-088 (CKK)

MARK PURVIS,
          Defendant

**FILED**

JAN 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO 'RE-CONSIDER' AMENDING JUDGMENT IN CRIMINAL CASE

Defendant Mark Purvis, filing Pr         CASE NUMBER  1:05CV01859

that Your Honor 'Re-consider' amending jud   JUDGE: Colleen Kollar-Kotelly

[02-088], in light of new mitigating facto   DECK TYPE: Habeas Corpus/2255

[the date Your Honor 'denied' the previous   DATE STAMP: 09/21/2005

MITIGATING FACTORS IN AID OF AMENDING JUDGMENT

1. On January 12, 2005 the U.S. Supreme Court ruled that the U.S. Federal Sentencing Guidelines are unconstitutional. With the loss amount in Def. Purvis' case [aggravated to over $70,000], this added 6-points to the offense level of Def. Purvis. The actual restitution is over $20,000, which would give Def. Purvis only 4-points [to be added to the offense level]. --Given the fact that Def. Purvis received a 2-point reduction [for his acceptance of responsibility], Def. Purvis' corrected offense level would be 10, and not 12 [as it now reads]. -- And in keeping the criminal history category at V, Def. Purvis' new sentencing guideline range would be 21 - 27 months, and not 27 - 33 months [as it now reads]. If Def. Purvis was sentenced to the maximum of the corrected guideline range [21 - 27 months],

29